(No. 6330—

DAVID V. EFFRON, M.D., Claimant, vs. STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 17, 1972.*

DR. DAVID V. EFFRON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.